NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1193


MARGARET CAIN, ET AL.

VERSUS

PLAYERS LAKE CHARLES, LLC, ET AL.


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 98-4035
HONORABLE DAVID PAINTER, DISTRICT COURT JUDGE

\*\*\*\*\*\*\*\*\*\*


ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, C.J., John D. Saunders, and Arthur J. Planchard[*], Judges.


REVERSED AND REMANDED.


Michael R. Garber
1800 Ryan Street
Lake Charles, LA 70601
Telephone:  (337) 494-5500
COUNSEL FOR:
        Plaintiffs/Appellants - Margaret Cain and Lawrence Cain

---

[*]Honorable Arthur J. Planchard, retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Todd Michael Ammons**
**Stockwell, Sievert, Viccellio, Clements & Shaddock**
**P. O. Box 2900**
**Lake Charles, LA 70602**
**Telephone: (337) 436-9491**
**COUNSEL FOR:**
    **Defendant/Appellee - Players Lake Charles, LLC**

**Todd Michael Ammons**
**Stockwell, Sievert, Viccellio, Clements & Shaddock**
**P. O. Box 2900**
**Lake Charles, LA 70602**
**Telephone: (337) 436-9491**
**COUNSEL FOR:**
    **Defendant/Appellee - Players Lake Charles, LLC**